**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:20-cv-00334 |
| | § | |
| 1.494 ACRE OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE OF | § | |
| TEXAS, UNKNOWN HEIRS OF PETRA | § | |
| RODRIGUEZ SANDOVAL, *et al.*, | § | |
| *Defendants.* | § | |

## COMPLAINT IN CONDEMNATION

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By: _s/Baltazar Salazar_
**Baltazar Salazar**
Assistant United States Attorney
Attorney-in-Charge for Plaintiff
S.D. Tex. ID No. 3135288
Texas Bar No. 24106385
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520
Tel: (956) 983-6057
Fax: (956) 548-2775
E-mail: Baltazar.Salazar@usdoj.gov

# SCHEDULE A

**SCHEDULE A**

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

# **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:   RGV-RGC-2026
Owner:  Unknown Heirs of Petra Rodriguez Sandoval, *et al.*
Acres:   1.494

**BEING** a 1.494 acre tract (65,075 square feet) parcel of land, more or less, being out of a called 4.69 acre tract, recorded in Document No. 2018-342446, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the known and unknown heirs of Petra Rodriguez Sandoval, said tract being all of Share No. 14, Porcion 66, Ancient Jurisdiction of Mier, Mexico, Starr County, Texas, said 1.494 acre (65,075 square feet) parcel of land being more particularly described as follows;

**BEGINNING:** at a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2026-1" for the northeast corner of the herein described proposed acquisition tract, the southeast corner of a called 0.60 acre tract, recorded in Document No. 1979-101682, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Jose Rufino Sandoval, Jr. and wife, Juanita Riojas Sandoval, and the southeast corner of Share 43-a of said Porcion 66, said point also being on the west line of a called 2.08 acre tract, recorded in Document No. 1981-107839, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Lauro Riojas, et al and the west line of Share 44 of said Porcion 66, said point having a coordinate of N=16673408.732, E=793657.818, said point being S 81°51'51" W, a distance of 2209.27 feet from United States Corps of Engineers Control Point No. "SS07-2019" (B&F Engineering aluminum cap in concrete);

**THENCE:** S 09°18'39" W, along the east line of said known and unknown heirs of Petra Rodriguez Sandoval tract, the east line of said Share 14, the west line of said Lauro Riojas, et al tract and the west line of said Share 44, a distance of 206.46 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2026-2=RGV-RGC-2029-4" for the southeast corner of the herein described proposed acquisition tract;

**SCHEDULE C (cont.)**

**THENCE:** N 82°01'11" W, departing the east line of said known and unknown heirs of Petra Rodriguez Sandoval tract, the east line of said Share 14, the west line of said Lauro Riojas, et al tract and the west line of said Share 44, over and across said known and unknown heirs of Petra Rodriguez Sandoval tract and said Share 14, a distance of 309.92 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2025-3=RGV-RGC-2026-3" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said known and unknown heirs of Petra Rodriguez Sandoval tract, the west line of said Share 14, the east line of a called 10.483 acre tract, recorded in Document No.1981-107206, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Nora Guerra Guerra, Eusebia Guerra Montalvo and Guillermo Guerra, Jr., the east line of a called 3.494 acre tract, recorded in Document No.1988-143691, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Mary Lou Guerra, the east line of a called 3.494 acre tract, recorded in Document No.1988-143717, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Rosalinda G. Rosales and the east line of Share 16 of said Porcion 66;

**THENCE:** N 09°15'00" E, along the west line of said known and unknown heirs of Petra Rodriguez Sandoval tract, the west line of said Share 14, the east line of said Nora Guerra Guerra, Eusebia Guerra Montalvo and Guillermo Guerra, Jr. tract, the east line of said Mary Lou Guerra tract, the east line of said Rosalinda G. Rosales tract and the east line of said Share 16, a distance of 213.44 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2025-2=RGV-RGC-2026-4" for the northwest corner of the herein described proposed acquisition tract, the northeast corner of said Nora Guerra Guerra, Eusebia Guerra Montalvo and Guillermo Guerra, Jr. tract, the northeast corner of said Mary Lou Guerra tract, the northeast corner of said Rosalinda G. Rosales tract and the northeast corner of said Share 16, said point being on the south line Share 2-b of said Porcion 66;

**THENCE:** S 80°43'46" E, along the north line of said known and unknown heirs of Petra Rodriguez Sandoval tract, the north line of said Share 14 and the south line of said Share 2-b, passing at 119.50 feet the southeast corner of said Share 2-b, the southeast corner of a called 0.4407 acre tract, recorded in Document No.1996-185841, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the known and unknown heirs of Ramon Cantu, passing at 214.64 feet, the southwest corner of said Jose Rufino Sandoval, Jr. and wife, Juanita Riojas Sandoval tract

**SCHEDULE C (cont.)**

and the southwest corner of said Share 43-a, in total a distance of 310.06 feet to the **POINT OF BEGINNING** and containing 1.494 acres (65,075 square feet) of land, more or less.

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane coordinate system, south zone grid (SPC 4205) NAD'83. Values may be converted to ground values using a scale factor of 1.000040000.

# SCHEDULE D

## **SCHEDULE D**

### MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (cont)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV−RGC−2026−1 | 16673408.732 | 793657.818 |
| RGV−RGC−2026−2=RGV−RGC−2029−4 | 16673204.987 | 793624.414 |
| RGV−RGC−2025−3=RGV−RGC−2026−3 | 16673248.014 | 793317.498 |
| RGV−RGC−2025−2=RGV−RGC−2026−4 | 16673458.682 | 793351.807 |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE
   COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011)
   ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO
   GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X
   1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES
   OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT
   BASED ON FIELD DIMENSIONS. SEE SURVEYORS REPORT FOR BOUNDARY AND REMAINING ACREAGE NOTES.
5. FIELD SURVEY WAS COMPLETED IN FEBRUARY 2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME
   CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886−1143.
8. THIS ACQUISITION TRACT LIES INSIDE OF PRIVATE PROPERTY AND DOES NOT CROSS A PUBLIC ROAD, THEREFORE NO
   UTILITY LOCATE REQUEST HAS BEEN MADE.

Drawing Ref. No. SHEET 5 OF 6

| METES & BOUNDS SURVEY | Mark | Description | Date | Appd | | BY | DATE |
|---|---|---|---|---|---|---|---|
| KNOWN AND UNKNOWN HEIRS OF | | | | | Drawn | RLS | 03/20 |
| PETRA RODRIGUEZ SANDOVAL | | | | | Checked | DWB | 03/20 |
| TRACT No. RGV-RGC-2026 | | | | | Surveyor | JJB | 10/19 |
| STARR COUNTY        TEXAS | CONTRACT NO.: W9127S-14-D-0013  T.O.: W9127S19F0075 | | | | Fld Bk. # | 19SSB-76-95 | |



ENGINEERING, INC.
1028 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-4685
(EMAIL) info@bnfeng.com
TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10163961



US Army Corps of Engineers

B&F PROJ.: 7-2689-0919    FILE NAME: RGV-RGC-2026    DATE: 3/06/20

## **SCHEDULE D (cont)**



Tract: RGV-RGC-2026
Owner: Unknown Heirs of Petra Rodriguez Sandoval, *et al.*
Acreage: 1.494

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-2026
Owner:  Unknown Heirs of Petra Rodriguez Sandoval, *et al.*
Acres:  1.494


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified as Share 14 in Final Decree of Partition, dated December 30, 1939, recorded on March 27, 1940, in Volume 114, Page 62, as Document No. 1940-13857 in the Official Public Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (cont)**



# SCHEDULE

# F

**<u>SCHEDULE F</u>**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is FORTY NINE

THOUSAND, SIX HUNDRED DOLLARS AND NO/100 ($49,600.00), to be deposited

herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Unknown Heirs of Petra Rodriguez Sandoval** | **RGV-RGC-2026**<br>Final Decree of Partition, dated December 30, 1939, recorded on March 27, 1940, in Volume 114, Page 62, Document No. 1940-13857, Official Public Records, Starr County, Texas |
| **Unknown heirs and/or devisees of Ines Sandoval Barrera**<br>*(heir of Petra Rodriguez Sandoval)*<br><br>**Rene Eben Barrera and wife, Ninfa Barrera**<br>Address Unknown<br>*(heir of Petra Rodriguez Sandoval/Ines Sandoval Barrerra)*<br><br>**Roberto Barrera, and wife Ernestina Barrera**<br>Address Unknown<br>*(heir of Petra Rodriguez Sandoval/Ines Sandoval Barrerra)*<br><br>**Unknown heirs and/or devisees of Guadalupe Sandoval Cantu**<br>*(heir of Petra Rodriguez Sandoval)*<br><br>**Unknown heirs and/or devisees of Alfredo Cantu, Jr.**<br>*(heir of Petra Rodriguez Sandoval/ Guadalupe Sandoval Cantu)*<br><br>**Raquel Cantu**<br>Address Unknown<br>*(spouse of Alfredo Cantu, Jr., deceased)* | **RGV-RGC-2026**<br>Final Decree of Partition, dated December 30, 1939, recorded on March 27, 1940, in Volume 114, Page 62, Document No. 1940-13857, Official Public Records, Starr County, Texas |

| | |
|---|---|
| **Maria Diola Cantu**<br>Address Unknown<br>*(heir of Petra Rodriguez Sandoval/*<br>*Guadalupe Sandoval Cantu)* | |
| **Minerva Adamina Cantu de la Rosa**<br>Address Unknown<br>*(heir of Petra Rodriguez Sandoval/*<br>*Guadalupe Sandoval Cantu)* | |
| **Unknown heirs and/or devisees of**<br>**Celestina Sandoval Barrera**<br>*(heir of Petra Rodriguez Sandoval)* | |
| **Unknown heirs and/or devisees of**<br>**Arnold Barrera**<br>*(heir of Petra Rodriguez Sandoval/*<br>*Celestina Sandoval Barrera)* | |
| **Unknown heirs and/or devisees of**<br>**Eden Barrera**<br>*(heir of Petra Rodriguez Sandoval/*<br>*Celestina Sandoval Barrera)* | |
| **Linda Allison Barrera**<br>Address Unknown<br>*(spouse of Eden Barrera, deceased)* | |
| **EJ Barrera and wife, Tammy**<br>**Barrera**<br>Address Unknown<br>*(heir of Petra Rodriguez Sandoval/*<br>*Celestina Sandoval Barrera/Eden*<br>*Barrera)* | |
| **Steven Barrera and wife, Charlene**<br>**Barrera**<br>Address Unknown<br>*(heir of Petra Rodriguez Sandoval/*<br>*Celestina Sandoval Barrera/Eden*<br>*Barrera)* | |
| **Lynda Barrera**<br>Address Unknown | |

| | |
|---|---|
| *(heir of Petra Rodriguez Sandoval/ Celestina Sandoval Barrera/Eden Barrera)* <br><br> **Gloria Barrera Gallardo and husband, Silvestre Gallardo** <br> Address Unknown <br> *(heir of Petra Rodriguez Sandoval/ Celestina Sandoval Barrera)* <br><br> **Unknown heirs and/or devisees of Jose Rufino Sandoval** <br> *(heir of Petra Rodriguez Sandoval)* <br><br> <u>**Irma Hilda Sandoval**</u> <br> ████████████ <br> Roma, Texas ███████ <br> *(heir of Petra Rodriguez Sandoval/Jose Rufino Sandoval, Sr.)* <br><br> **Maria Bertha Sandoval** <br> Address Unknown <br> *(heir of Petra Rodriguez Sandoval/Jose Rufino Sandoval, Sr.)* <br><br> **Martha Sandoval** <br> Address Unknown <br> *(heir of Petra Rodriguez Sandoval/Jose Rufino Sandoval, Sr.)* <br><br> <u>**Jose Rufino Sandoval, Jr.**</u> <br> ████████████ <br> Roma, Texas ███████ <br> *(heir of Petra Rodriguez Sandoval/Jose Rufino Sandoval, Sr.)* <br><br> **Alicia Sandoval** <br> Address Unknown <br> *heir of Petra Rodriguez Sandoval/Jose Rufino Sandoval, Sr.* <br><br> **Adelisa Sandoval** <br> Address Unknown <br> *(heir of Petra Rodriguez Sandoval/Jose Rufino Sandoval, Sr.)* | |

**Joel Sandoval**
Address Unknown
*(heir of Petra Rodriguez Sandoval/Jose
Rufino Sandoval, Sr.)*

**Angelica Sandoval Barrera**
Address Unknown
*(heir of Petra Rodriguez Sandoval/Jose
Rufino Sandoval, Sr.)*
██████████
Roma, Texas ████████

**Unknown heirs and/or devisees of
Javier Sandoval, Sr.**
*heir of Petra Rodriguez Sandoval/Jose
Rufino Sandoval, Sr.*

**Unknown heirs and/or devisees of
Encarnacion Sandoval**
*(heir of Petra Rodriguez Sandoval)*

**Unknown heirs and/or devisees of
Rogelio Sandoval**
*(heir of Petra Rodriguez Sandoval/
Encarnacion Sandoval)*

**Mari Rebecca Sandoval**
Address Unknown
*(spouse of Rogelio Sandoval, deceased)*

**Unknown heirs and/or devisees of
Adalberto Sandoval**
*(heir of Petra Rodriguez Sandoval/
Encarnacion Sandoval)*

**Adelaida Sandoval**
Address Unknown
*(spouse of Adalberto Sandoval,
deceased)*

**Unknown heirs and/or devisees of
Gustavo Sandoval, Jr.**
*(heir of Petra Rodriguez Sandoval/
Encarnacion Sandoval)*

**Delia Sandoval**
Address Unknown
*(heir of Petra Rodriguez Sandoval/*
*Encarnacion Sandoval)*

**Daniel Sandoval**
Address Unknown
*(heir of Petra Rodriguez Sandoval/*
*Encarnacion Sandoval)*

**Maria Martina Sandoval Zavala**
Address Unknown
*(heir of Petra Rodriguez Sandoval/*
*Encarnacion Sandoval)*

**Noelia Sandoval Guajardo**
Address Unknown
*(heir of Petra Rodriguez Sandoval/*
*Encarnacion Sandova)l*

**Eliza Sandoval Salazar**
Address Unknown
*(heir of Petra Rodriguez Sandoval/*
*Encarnacion Sandoval)*

**Amador Sandoval**
Address Unknown
*(heir of Petra Rodriguez Sandoval/*
*Encarnacion Sandoval)*

**Unknown heirs and/or devisees of**
**Viola Sandoval Puente**
*(heir of Petra Rodriguez Sandoval/*
*Encarnacion Sandoval)*

**Unknown heirs and/or devisees of**
**Juan Roberto Sandoval**
*(heir of Petra Rodriguez Sandoval/*
*Encarnacion Sandoval)*

**Francesca Ponce Sandoval**
Address Unknown
*(spouse of Juan Roberto Sandoval,*
*deceased)*

| | |
|---|---|
| **Unknown heirs and/or devisees of Fernando Sandoval**<br>*(heir of Petra Rodriguez Sandoval/ Encarnacion Sandoval)*<br><br>**Eliza Marie Sandoval**<br>Address Unknown<br>*(heir of Petra Rodriguez Sandoval/ Encarnacion Sandoval/Fernando Sandoval)* | |
| **Javier Sandoval, Jr.**<br>Address Unknown<br>*(heir of Petra Rodriguez Sandoval/Jose Rufino Sandoval, Sr./Javier Sandoval, Sr.)* | **RGV-RGC-2026**<br>Affidavit of Heirship recorded April 25, 2018, in Volume 1542, Page 470, Document No. 2018-342446, Official Public Records, Starr County, Texas |
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>100 N. FM 3167 Suite 201<br>Rio Grande City, Texas 78582 | **RGV-RGC-2026**<br>Tax Parcel No. 24716<br>Geo No. 00330-06600-01400-000000 |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | 1.494 Acre of Land, More or Less, Situate in Starr County, State of Texas, Unknown Heirs of Petra Rodriguez Sandoval, et al., |

(b)   County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant     Starr
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

(c)   Attorneys *(Firm Name, Address, and Telephone Number)*

AUSA Baltazar Salazar, U.S. Attorney's Office, 600 E. Harrison Street, Suite 201, Brownsville, Texas 78520, (956) 983-6057

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1   U.S. Government
  Plaintiff
- ☐ 2   U.S. Government
  Defendant
- ☐ 3   Federal Question
  *(U.S. Government Not a Party)*
- ☐ 4   Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability |  | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ |  |  | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Pharmaceutical |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander   Personal Injury |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal |  | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine   Injury Product |  | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product   Liability |  | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
|  | ☐ 362 Personal Injury -   Product Liability | ☐ 751 Family and Medical |  | ☐ 893 Environmental Matters |
|  | Medical Malpractice | Leave Act |  | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate |  | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence |  | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General |  |  | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** |  | State Statutes |
|  | Employment   **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration |  |  |
|  | Other   ☐ 550 Civil Rights | Actions |  |  |
|  | ☐ 448 Education   ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - |  |  |  |
|  | Conditions of |  |  |  |
|  | Confinement |  |  |  |

## V.  ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original
  Proceeding
- ☐ 2   Removed from
  State Court
- ☐ 3   Remanded from
  Appellate Court
- ☐ 4   Reinstated or
  Reopened
- ☐ 5   Transferred from
  Another District
  *(specify)*
- ☐ 6   Multidistrict
  Litigation -
  Transfer
- ☐ 8   Multidistrict
  Litigation -
  Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate and maintain border security.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
10/20/2020

SIGNATURE OF ATTORNEY OF RECORD
s/Baltazar Salazar

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**  **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**  **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.  (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.**  **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**  **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**  **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**  **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.