**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:20-cv-00334 |
| | § | |
| 1.494 ACRE OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE OF | § | |
| TEXAS, UNKNOWN HEIRS OF PETRA | § | |
| RODRIGUEZ SANDOVAL, *et al.*, | § | |
| *Defendants.* | § | |

**<u>DISCLAIMER FOR LINDA ALLISON BARRERA</u>**

In accordance with the provisions of 28 U.S.C. § 1746, I, LINDA ALLISON BARRERA, the undersigned, do hereby make the following unsworn declaration, under penalty of perjury:

I, LINDA ALLISON BARRERA, have been named as an interested party in the above-styled and numbered condemnation proceeding, and hereby enter my appearance herein for all purposes, waive service of all notices, and disclaim any right, title, claim or interest in the just compensation paid, or to be paid, for the taking of lands, more particularly described in Schedules "C," "D," and "E," of the Notice of Condemnation (Docket #3). I further ask the Court to dismiss me from this action.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.



Signature: _____Linda Allison_____

Printed Name: Linda Allison_____

Title (if any): _____

Executed on: __February 6, 2021_____ at _Houston, Texas United States_
                        (Date)                                    (City, State, Country)

Address: ███████████████

_____

_____

Telephone: ████████████